IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA WILBANKS | Criminal Action No.<br><br>2:19-CR-0041-SCJ |

**Government's Motion for Detention**

The United States of America, by Byung J. Pak, United States Attorney, and Jennifer Keen, Assistant United States Attorney for the Northern District of Georgia, pursuant to 18 U.S.C. § 3143(a) and Fed. R. Crim. P. 32.1(a)(6), files this motion for detention of the above-captioned defendant. The Court should detain defendant unless the defendant establishes by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person of the community.

Respectfully submitted,

BYUNG J. PAK
*Acting United States Attorney*

/s/JENNIFER KEEN
*Assistant United States Attorney*
Georgia Bar No. 231778
Jennifer.Keen@usdoj.gov

600 U.S. Courthouse  75 Spring Street SW  Atlanta, GA 30303
(404) 581-6000  fax (404) 581-6181

1

## Certificate of Service

I served this document today by handing a copy to defense counsel:

February 13, 2020

/s/ Jennifer Keen

Jennifer Keen

*Assistant United States Attorney*