# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:19-cr-00041-SCJ
### USA v. Wilbanks
### Honorable J. Clay Fuller

Minute Sheet for proceedings held In Open Court on 02/13/2020.

TIME COURT COMMENCED: 1:45 P.M.
TIME COURT CONCLUDED: 1:55 P.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Gainesville

TAPE NUMBER: JCF-Gaines-FTR
USPO: Tony Poole
DEPUTY CLERK: Christina Klimenko

| | |
|---|---|
| DEFENDANT(S): | [1]Joshua Brent Wilbanks Present at proceedings |
| ATTORNEY(S) PRESENT: | Jennifer Keen representing USA<br>** AFPD Judy Fleming for Suzanne Hashimi representing Joshua Brent Wilbanks |
| PROCEEDING CATEGORY: | Detention Hearing; Initial Appearance-Revocation; |
| PLEADINGS FILED IN COURT: | Financial Affidavit; Waiver of Preliminary Hearing |
| MINUTE TEXT: | Initial Appearance held; AFPD Suzanne Hashimi appointed for Joshua Wilbanks; Deft. waived his right to a preliminary hearing; Detention hearing held - Deft. ordered detained pending the final revocation hearing to be scheduled before the District Judge. |